IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br>In the matter of the Search of one gray colored Iphone in a white case found in the possession of Lingwei Yang | MJ-26-33-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned, together with a copy of the certified inventory of the property seized, to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of October, 2026.

Honorable Kathleen L. DeSoto
United States Magistrate Judge